IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 08 C 1527 <br><br> JUDGE CHARLES R. NORGLE |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, in the total amount of $28,447.50, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $818.75.

On April 2, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Yvette McGinnis) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on April 22, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default judgment.

/s/ Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced documents by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of May 2008:

    Mr. Gerald A. Miller, Registered Agent
    Great Lakes Construction Company
    1769 W. Armitage Avenue
    Chicago, IL   60622


      /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Great Lakes\#20076\2008\motion.cms.df.wpd



AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE NORGLE
MAGISTRATE JUDGE DENLOW

**SUMMONS IN A CIVIL CASE**

CHICAGO AREA JOINT WELFARE
COMMITTEE FOR THE POINTING, CLEANING
AND CAULKING INDUSTRY, LOCAL 52, et al.

CASE NUMBER: **08 C 1527**

V.

ASSIGNED JUDGE:

GREAT LAKES CONSTRUCTION
COMPANY, an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Great Lakes Construction Company
c/o Gerald A. Miller, Registered Agent
1769 W. Armitage Avenue
Chicago, IL   60622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
----------------------------------
**(By) DEPUTY CLERK**



March 14, 2008
----------------------------------
Date

State of Illinois

General No.: 08C1527

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

MICHAEL McGLOON deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 4/2/2008 at 3:17:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Great Lakes Construction Company c/o Gerald A. Miller as shown below:

Served the wihin named Great Lakes Construction Company c/o Gerald A. Miller by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Yvette McGinnis a person authorized to accept service of process as agent.

Said service was effected at 1769 W. Armitage Ave., Chicago, IL 60622

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

4-3-08
Dated

Michael McGloon
117-000192