IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) ) CIVIL ACTION |
| Plaintiffs, | ) ) NO. 08 C 1527 |
| v. | ) ) JUDGE CHARLES R. NORGLE |
| GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:    Mr. Gerald A. Miller, Registered Agent
       Great Lakes Construction Company
       1769 W. Armitage Avenue
       Chicago, IL   60622

YOU ARE HEREBY NOTIFIED that on **Friday**, the **23rd** day of **May 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Charles R. Norgle, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

                                                            /s/ Cecilia M. Scanlon

### CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced documents by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of May 2008:

>Mr. Gerald A. Miller, Registered Agent
>Great Lakes Construction Company
>1769 W. Armitage Avenue
>Chicago, IL   60622


/s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Great Lakes\#20076\2008\notice of motion.cms.df.wpd