IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 08 C 1527 <br><br> JUDGE CHARLES R. NORGLE |

## AFFIDAVIT

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

TERRY ROCCO, being first duly sworn upon her oath, deposes and states:

1. She is now, and has since the 1st day of January, 1999, been employed by the Trustees of the Tuckpointers Local 52 Fringe Benefit Funds as Fund Administrator, and in such capacity, has personal knowledge of the matters hereinafter set forth and if called as a witness in the instant proceedings is competent to testify in respect thereto.

2. She is familiar with the Complaint filed in this cause, and knows of her own personal knowledge the contents of the collective bargaining agreements and Agreements and Declarations of Trust, and all facts alleged therein, and if called and sworn as a witness is competent to testify thereto.

3. She is charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintains individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receives and records contribution reports made by such persons, firms or corporations, and has under his supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

4. She has examined the account of Defendant in the above-entitled cause, and states that said Defendant:

(a) is required to make monthly contribution reports under the terms of the aforesaid collective bargaining agreement;

(b) has submitted monthly contribution reports for the months of October 2007 through March 2008, but has failed to submit the contributions which it acknowledges therein to be due as set forth below:

|  | Contributions |
|---|---|
| Welfare Fund | $10,974.42 |
| Pension Fund | $ 7,729.43 |
| Annuity Fund | $ 5,002.40 |

(copies of the fringe benefit contribution reports submitted by Defendant for the time period October 2007 through March 2008 are attached hereto).

5. Pursuant to the Trust Agreements she has assessed a liquidated damages surcharge against the Defendant in the amount of twenty (20%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of October 2007 through March 2008, in amounts set forth below:

|  | Liquidated Damages |
|---|---|
| Welfare Fund | $2,194.88 |
| Pension Fund | $1,545.89 |
| Annuity Fund | $1,000.48 |

2

6. She is duly authorized by Plaintiffs in this behalf, has personal knowledge of the matters set forth above and if called as a witness in this cause, is competent to testify thereto.

7. She makes this Affidavit in support of the application of Plaintiffs for entry of default and judgment and requests this Court to consider the same as proof in support of the allegations contained in the Complaint of the Plaintiffs and such other facts herein set forth.

FURTHER AFFIANT SAYETH NOT.

OFFICIAL SEAL
PRASAD I ELAMANA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/04/09

_____
TERRY ROCCO

SUBSCRIBED AND SWORN
TO before me this 13th
day of May, 2008.

_____
NOTARY PUBLIC

I:\52J\Great Lakes\w20076\2008\rocco affidavit.cms.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of Terry Rocco) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced documents by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of May 2008:

>Mr. Gerald A. Miller, Registered Agent
>Great Lakes Construction Company
>1769 W. Armitage Avenue
>Chicago, IL 60622

>/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Great Lakes\#20076\2008\rocco affidavit.cms.df.wpd

4

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORMS

**Employer:** Great Lakes Construction Company  (773) 235-4040

**Address:** 1769 W. Armitage Ave., Chicago, IL . 60622

**Month/Year:** Oct-2007

(473)

| Emp # | First Name / Last Name | SSAN | Week Ending Paid 9/30/2007 10/3/2007 Week 1 | 10/7/2007 10/10/2007 Week 2 | 10/14/2007 10/17/2007 Week 3 | 10/21/2007 10/24/2007 Week 4 | 10/28/2007 10/31/2007 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 003 | Anarbol Avalos | -3263 | | | | 16.00 | 40.00 | 56.00 |
| 004 | Albert Caron | -5731 | 38.00 | 34.50 | 40.00 | 31.00 | 40.00 | 183.50 |
| 005 | Ryan Daniel Collins | -4295 | 38.00 | 34.50 | 40.00 | 24.00 | 40.00 | 176.50 |
| 010 | Ivan Cartagena | -9178 | | | | | | 0.00 |
| 012 | Ismael Figueroa | -0167 | | | | | | 0.00 |
| 032 | Zenon Sokolowski | -2067 | | | | 30.00 | 40.00 | 70.00 |
| 076 | Sebastian Galaczynski | -3201 | | | | | | 0.00 |
| 078 | Patrick Tedeski | -0518 | | | | | | 0.00 |
| 079 | Robert Metzger | -8017 | | | | | | 0.00 |
| **Total Hours Worked** | | | 76.00 | 69.00 | 80.00 | 101.00 | 160.00 | 486.00 |
| Union deduction per hour | | | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | |
| Union Dues Collected | | | $ 110.96 | $ 100.74 | $ 116.80 | $ 147.46 | $ 233.60 | $ 709.56 |

\* Indicates Bricklayers

| | Oct-2007 | |
|---|---|---|
| Welfare Trust | $ 5.91 | $ 2,872.26 |
| Local Pension | $ 4.47 | $ 2,172.42 |
| International Union Pension | $ 0.50 | $ 243.00 |
| Annuity Trust | $ 3.38 | $ 1,642.68 |
| Apprenticeship & Training | $ 0.40 | $ 194.40 |
| Intl Masonry Institute | $ 0.47 | $ 228.42 |
| Construction Safety Council | $ 0.01 | $ 4.86 |
| Promotion Trust | $ 0.14 | $ 68.04 |
| **Employer Amount of Dues Payable** | $ 15.28 | $ 7,426.08 |
| Union Dues collected ---------> | $ 1.46 | $ 709.56 |
| Total Union Dues per Hour | $ 16.74 | dues ok |

**Total Union Dues Payable**                                                                          $8,135.64

Name: TED MIRASOL       Title: Actg. Mgr.       Signature: Ted Mirasol

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORM
## JOURNEYMAN ASSISTANT

(683)

**Employer: Great Lakes Construction Company  (773) 235-4040**

Address: 1769 W. Armitage Ave., Chicago, IL . 60622

**Surety Bond:** The hanover insurance Co., Bond# 1768191

**Month/Year** | **Oct-2007**

| EMP # | First Name / Last Name | SSAN | Week Ending 9/30/2007 Paid 10/3/2007 Week 1 | 10/7/2007 10/10/2007 Week 2 | 10/14/2007 10/17/2007 Week 3 | 10/21/2007 10/24/2007 Week 4 | 10/28/2007 10/31/2007 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 011 | Jose R. Avalos | -1843 | 38.00 | 34.50 | 40.00 | 24.00 | 40.00 | 176.50 |
| 051 | Jorge Medina | -1856 | | | | | | 0.00 |
| 074 | Donald Wanderski | -6072 | | | | | | 0.00 |
| 062 | Joel F. Garcia | -0690 | | | | | | 0.00 |
| 067 | Derek Dodd | -8032 | | | | | | 0.00 |
| 084 | Darius Taylor | -4934 | | | | | | 0.00 |
| **Total Hours Worked** | | | 38.00 | 34.50 | 40.00 | 24.00 | 40.00 | 176.50 |
| Union deduction per hour | | | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | |
| Union Dues Collected | | | $ 42.56 | $ 38.64 | $ 44.80 | $ 26.88 | $ 44.80 | $ 197.68 |

|  | Oct-2007 |  |
|---|---|---|
| Health / Welfare Trust | $ 5.26 | $ 928.39 |
| Local Pension | $ 2.63 | $ 464.20 |
| Apprenticeship & Training | $ 0.05 | $ 8.83 |
| International Union Pension | $ 0.25 | $ 44.13 |
| Intl Masonry Institute | $ 0.26 | $ 45.89 |
| **Employer Amount of Dues Payable** | $ 8.45 | $ 1,491.43 |
| Union Dues collected ----------> | $ 1.12 | $ 197.68 |
| Total Union Dues per Hour | $ 9.57 | dues ok |

**Total Union Dues Payable**                    $1,689.11

Name: **TED MIRASOL**    Title: *Acctg. Mgr.*    Signature: *Ted Mirasol*

Page 1 of 1

## POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORM
## JOURNEYMAN ASSISTANT

(683)

**Employer: Great Lakes Construction Company (773) 235-4040**
Address: 1769 W. Armitage Ave., Chicago, IL . 60622
**Surety Bond:** The hanover insurance Co., Bond# 1768191

**Month/Year** | **Nov-2007**

| EMP # | First Name / Last Name | SSAN | Week Ending 11/4/2007 Paid 11/7/2007 Week 1 | 11/11/2007 11/14/2007 Week 2 | 11/18/2007 11/21/2007 Week 3 | 11/25/2007 11/28/2007 Week 4 | 12/2/2007 12/5/2007 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 011 | Jose R. Avalos | -1843 | 40.00 | 40.00 | 41.00 | 37.50 | | 158.50 |
| 051 | Jorge Medina | -1856 | | | | | | 0.00 |
| 074 | Donald Wanderski | -6072 | | | | | | 0.00 |
| 062 | Joel F. Garcia | -0690 | | | | | | 0.00 |
| 067 | Derek Dodd | -8032 | | | | | | 0.00 |
| 084 | Darius Taylor | -4934 | | | | | | 0.00 |
| | **Total Hours Worked** | | 40.00 | 40.00 | 41.00 | 37.50 | 0.00 | 158.50 |
| | Union deduction per hour | | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | |
| | Union Dues Collected | | $ 44.80 | $ 44.80 | $ 45.92 | $ 42.00 | $ - | $ 177.52 |

**Nov-2007**

| | | |
|---|---|---|
| Health / Welfare Trust | $ 5.26 | $ 833.71 |
| Local Pension | $ 2.63 | $ 416.86 |
| Apprenticeship & Training | $ 0.05 | $ 7.93 |
| International Union Pension | $ 0.25 | $ 39.63 |
| Intl Masonry Institute | $ 0.26 | $ 41.21 |

| | | |
|---|---|---|
| **Employer Amount of Dues Payable** | $ 8.45 | $ 1,339.33 |
| **Union Dues collected** ——→ | $ 1.12 | $ 177.52 |
| **Total Union Dues per Hour** | $ 9.57 | dues ok |

**Total Union Dues Payable** $1,516.85

Name: Ted Nimmel    Title: Actg Mgr    Signature: Ted Nimmel

Page 1 of 1

(473)

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORMS

**Employer: Great Lakes Construction Company (773) 235-4040**

Address: 1769 W. Armitage Ave., Chicago, IL. 60622     Month/Year     **Nov-2007**

| Emp # | First Name / Last Name | SSAN | Week Ending 11/4/2007 Paid 11/7/2007 Week 1 | 11/11/2007 11/14/2007 Week 2 | 11/18/2007 11/21/2007 Week 3 | 11/25/2007 11/28/2007 Week 4 | 12/2/2007 12/5/2007 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 003 | Anarbol Avalos | -3263 | 40.50 | 40.00 | 40.00 | 37.50 | | 158.00 |
| 004 | Albert Caron | -5731 | 40.00 | 40.00 | 40.00 | 37.50 | | 157.50 |
| 005 | Ryan Daniel Collins | -4295 | 40.00 | 40.00 | 40.00 | 37.50 | | 157.50 |
| 010 | Ivan Cartagena | -9178 | | | | | | 0.00 |
| 012 | Ismael Figueroa | -0167 | | | | | | 0.00 |
| 032 | Zenon Sokolowski | -2067 | 40.50 | 40.00 | 40.00 | 34.00 | | 154.50 |
| 076 | Sebastian Galaczynski | -3201 | | | | | | 0.00 |
| 078 | Patrick Tedeski | -0518 | | | | | | 0.00 |
| 079 | Robert Metzger | -8017 | | | | | | 0.00 |
| | | | | | | | | 0.00 |

**Total Hours Worked**    161.00    160.00    160.00    146.50    0.00    627.50

Union deduction per hour    $ 1.46    $ 1.46    $ 1.46    $ 1.46    $ 1.46
Union Dues Collected    $ 235.06    $ 233.60    $ 233.60    $ 213.89    $ -    $ 916.15

|  | | Nov-2007 | |
|---|---|---|---|
| * Indicates Bricklayers | Welfare Trust | $ 5.91 | $ 3,708.53 |
| | Local Pension | $ 4.47 | $ 2,804.93 |
| | International Union Pension | $ 0.50 | $ 313.75 |
| | Annuity Trust | $ 3.38 | $ 2,120.95 |
| | Apprenticeship & Training | $ 0.40 | $ 251.00 |
| | Intl Masonry Institute | $ 0.47 | $ 294.93 |
| | Construction Safety Council | $ 0.01 | $ 6.28 |
| | Promotion Trust | $ 0.14 | $ 87.85 |
| **Employer Amount of Dues Payable** | | $ 15.28 | $ 9,588.20 |
| **Union Dues collected ------>** | | $ 1.46 | $ 916.15 |
| **Total Union Dues per Hour** | | $ 16.74 | dues ok |

**Total Union Dues Payable**                                                           **$10,504.35**

Name: _TED MIRASOL_      Title: _Acctg. Mgr._      Signature: _Ted Mirasol_

(473)

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORMS

**Employer:** Great Lakes Construction Company  (773) 235-4040

**Address:** 1769 W. Armitage Ave., Chicago, IL . 60622

**Month/Year**  **Nov-2007**

| Emp # | First Name / Last Name | SSAN | Week Ending 11/4/2007 Paid 11/7/2007 Week 1 | 11/11/2007 11/14/2007 Week 2 | 11/18/2007 11/21/2007 Week 3 | 11/25/2007 11/28/2007 Week 4 | 12/2/2007 12/5/2007 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 003 | Anarbol Avalos | 3263 | 40.50 | 40.00 | 40.00 | 37.50 | | 158.00 |
| 004 | Albert Caron | 5731 | 40.00 | 40.00 | 40.00 | 37.50 | | 157.50 |
| 005 | Ryan Daniel Collins | 4295 | 40.00 | 40.00 | 40.00 | 37.50 | | 157.50 |
| 010 | Ivan Cartagena | 9178 | | | | | | 0.00 |
| 012 | Ismael Figueroa | 0167 | | | | | | 0.00 |
| 032 | Zenon Sokolowski | 2067 | 40.50 | 40.00 | 40.00 | 34.00 | | 154.50 |
| 076 | Sebastian Galaczynski | 3201 | | | | | | 0.00 |
| 078 | Patrick Tedeski | 0518 | | | | | | 0.00 |
| 079 | Robert Metzger | 8017 | | | | | | 0.00 |
| | **Total Hours Worked** | | 161.00 | 160.00 | 160.00 | 146.50 | 0.00 | 627.50 |
| | Union deduction per hour | | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | |
| | Union Dues Collected | | $ 235.06 | $ 233.60 | $ 233.60 | $ 213.89 | $ - | $ 916.15 |

\* Indicates Bricklayers

| | Nov-2007 | |
|---|---|---|
| Welfare Trust | $ 5.91 | $ 3,708.53 |
| Local Pension | $ 4.47 | $ 2,804.93 |
| International Union Pension | $ 0.50 | $ 313.75 |
| Annuity Trust | $ 3.38 | $ 2,120.95 |
| Apprenticeship & Training | $ 0.40 | $ 251.00 |
| Intl Masonry Institute | $ 0.47 | $ 294.93 |
| Construction Safety Council | $ 0.01 | $ 6.28 |
| Promotion Trust | $ 0.14 | $ 87.85 |
| **Employer Amount of Dues Payable** | $ 15.28 | $ 9,588.20 |
| Union Dues collected ---------> | $ 1.46 | $ 916.15 |
| Total Union Dues per Hour | $ 16.74 | dues ok |

**Total Union Dues Payable** $10,504.35

**Name:** TED MIRAGOL   **Title:** Asstg. Mgr.   **Signature:** Ted Mirasol

## POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORMS

Employer: Great Lakes Construction Company  (773) 235-4040
Address: 1769 W. Armitage Ave., Chicago, IL . 60622

Month/Year: **Dec-2007**

| Emp # | First Name / Last Name | SSAN | Week Ending Paid 12/2/2007 12/5/2007 Week 1 | 12/9/2007 12/12/2007 Week 2 | 12/16/2007 12/19/2007 Week 3 | 12/23/2007 12/26/2007 Week 4 | 12/30/2007 1/2/2008 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 003 | Anarbol Avalos | -3263 | 42.00 | 23.00 | 30.00 | 0.00 | | 95.00 |
| 004 | Albert Caron | -5731 | 40.50 | 16.00 | 0.00 | 0.00 | | 56.50 |
| 005 | Ryan Daniel Collins | -4295 | 40.50 | 23.00 | 32.00 | 0.00 | | 95.50 |
| 010 | Ivan Cartagena | -9178 | | | | | | 0.00 |
| 012 | Ismael Figueroa | -0167 | | | | | | 0.00 |
| 032 | Zenon Sokolowski | -2067 | 42.50 | 23.00 | 30.00 | 0.00 | | 95.50 |
| 076 | Sebastian Galaczynski | -3201 | | | | | | 0.00 |
| 078 | Patrick Tedeski | -0518 | | | | | | 0.00 |
| 079 | Robert Metzger | -8017 | | | | | | 0.00 |

**Total Hours Worked**: 165.50 | 85.00 | 92.00 | 0.00 | 0.00 | 342.50

Union deduction per hour: $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46
Union Dues Collected: $ 241.63 | $ 124.10 | $ 134.32 | - | - | $ 500.05

\* Indicates Bricklayers

Dec-2007

| | | |
|---|---|---|
| Welfare Trust | $ 5.91 | $ 2,024.18 |
| Local Pension | $ 4.47 | $ 1,530.98 |
| International Union Pension | $ 0.50 | $ 171.25 |
| Annuity Trust | $ 3.38 | $ 1,157.65 |
| Apprenticeship & Training | $ 0.40 | $ 137.00 |
| Intl Masonry Institute | $ 0.47 | $ 160.98 |
| Construction Safety Council | $ 0.01 | $ 3.43 |
| Promotion Trust | $ 0.14 | $ 47.95 |
| | $ 15.28 | $ 5,233.40 |

Employer Amount of Dues Payable
Union Dues collected ———>   $ 1.46   $ 500.05
Total Union Dues per Hour       $ 16.74   dues ok

Total Union Dues Payable        $5,733.45

Pages 4   2/28/08
TO: Cecilia
FROM: Denise
CO: Local 52
312-887-1930   1910

Name: TED MIRASOL    Title: Actg. Mgr.    Signature: Ted Mirasol

Page 1 of 1

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORM
## JOURNEYMAN ASSISTANT

**Employer:** Great Lakes Construction Company  (773) 235-4040
**Address:** 1769 W. Armitage Ave., Chicago, IL. 60622
**Surety Bond:** The hanover insurance Co., Bond# 1768191

**Month/Year:** Dec-2007

| EMP # | First Name / Last Name | SSAN | Week Ending Paid 12/2/2007 12/5/2007 Week 1 | 12/9/2007 12/12/2007 Week 2 | 12/16/2007 12/19/2007 Week 3 | 12/23/2007 12/26/2007 Week 4 | 12/30/2007 1/2/2008 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 011 | Jose R. Avalos | -1843 | 40.50 | 16.00 | 32.00 | 0.00 | | 88.50 |
| 051 | Jorge Medina | -1856 | | | | | | 0.00 |
| 074 | Donald Wanderski | -6072 | | | | | | 0.00 |
| 062 | Joel F. Garcia | -0690 | | | | | | 0.00 |
| 067 | Derek Dodd | -8032 | | | | | | 0.00 |
| 084 | Darius Taylor | -4934 | | | | | | 0.00 |
| | **Total Hours Worked** | | 40.50 | 16.00 | 32.00 | 0.00 | 0.00 | 88.50 |
| | Union deduction per hour | | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | |
| | Union Dues Collected | | $ 45.36 | $ 17.92 | $ 35.84 | $ - | $ - | $ 99.12 |

|  | Dec-2007 | |
|---|---|---|
| Health / Welfare Trust | $ 5.26 | $ 465.51 |
| Local Pension | $ 2.63 | $ 232.76 |
| Apprenticeship & Training | $ 0.05 | $ 4.43 |
| International Union Pension | $ 0.25 | $ 22.13 |
| Intl Masonry Institute | $ 0.26 | $ 23.01 |

**Employer Amount of Dues Payable**
Union Dues collected ———>           $ 8.45    $ 747.83
Total Union Dues per Hour            $ 1.12    $ 99.12
                                     $ 9.57    dues ok

**Total Union Dues Payable**
                                              $846.95

Name: TED MIMASAL        Title: Asty. Mgr.        Signature: Ted Mimasal

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORMS

**Employer: Great Lakes Construction Company (773) 235-4040**
Address: 1769 W. Armitage Ave., Chicago, IL. 60622

**Month/Year** | **Jan-2008**

| Emp # | First Name / Last Name | SSAN | Week Ending Paid 12/30/2008 1/2/2009 Week 1 | 1/6/2009 1/9/2009 Week 2 | 1/13/2009 1/16/2009 Week 3 | 1/20/2009 1/23/2009 Week 4 | 1/27/2009 1/30/2009 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 003 | Anarbol Avalos | -3263 |  |  |  |  |  | 0.00 |
| 004 | Albert Caron | -5731 | 8.00 |  |  |  |  | 8.00 |
| 005 | Ryan Daniel Collins | -4295 | 8.00 |  |  |  |  | 8.00 |
| 010 | Ivan Cartagena | -9178 |  |  |  |  |  | 0.00 |
| 012 | Ismael Figueroa | -0167 |  |  |  |  |  | 0.00 |
| 032 | Zenon Sokolowski | -2067 | 8.00 |  |  |  |  | 8.00 |
| 076 | Sebastian Galaczynski | -3201 |  |  |  |  |  | 0.00 |
| 078 | Patrick Tedeski | -0518 |  |  |  |  |  | 0.00 |
| 079 | Robert Metzger | -8017 |  |  |  |  |  | 0.00 |

**Total Hours Worked** | | | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 |

Union deduction per hour | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 |
Union Dues Collected | $ 35.04 | $ - | $ - | $ - | $ - | $ 35.04

\* Indicates Bricklayers

| | Jan-2008 | |
|---|---|---|
| Welfare Trust | $ 5.91 | $ 141.84 |
| Local Pension | $ 4.47 | $ 107.28 |
| International Union Pension | $ 0.50 | $ 12.00 |
| Annuity Trust | $ 3.38 | $ 81.12 |
| Apprenticeship & Training | $ 0.40 | $ 9.60 |
| Intl Masonry Institute | $ 0.47 | $ 11.28 |
| Construction Safety Council | $ 0.01 | $ 0.24 |
| Promotion Trust | $ 0.14 | $ 3.36 |
| | $ 15.28 | $ 366.72 |

Employer Amount of Dues Payable
Union Dues collected ———>
Total Union Dues per Hour | $ 1.46 | $ 35.04
| | $ 16.74 | dues ok

Total Union Dues Payable | | $401.76

Name: TED MIRASOL    Title: Asst Jr Mgr    Signature: Ted Mirasol
Page 1 of 1

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORM
## JOURNEYMAN ASSISTANT

**Employer: Great Lakes Construction Company (773) 235-4040**
Address: 1769 W. Armitage Ave., Chicago, IL. 60622
**Surety Bond: The hanover insurance Co., Bond# 1768191**

**Month/Year** | **Jan-2008**

| EMP # | First Name / Last Name | SSAN | Week Ending Paid 12/30/2008 1/2/2009 Week 1 | 1/6/2009 1/9/2009 Week 2 | 1/13/2009 1/16/2009 Week 3 | 1/20/2009 1/23/2009 Week 4 | 1/27/2009 1/30/2009 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 011 | Jose R. Avalos | -1843 | | | | | | 0.00 |
| 051 | Jorge Medina | -1856 | | | ZERO HOURS | | | 0.00 |
| 074 | Donald Wanderski | -6072 | | | | | | 0.00 |
| 062 | Joel F. Garcia | -0690 | | | | | | 0.00 |
| 067 | Derek Dodd | -8032 | | | | | | 0.00 |
| 084 | Darius Taylor | -4934 | | | | | | 0.00 |
| | **Total Hours Worked** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Union deduction per hour | | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | |
| | Union Dues Collected | | $ - | $ - | $ - | $ - | $ - | $ - |

Jan-2008
Health / Welfare Trust          $ 5.26   $ -
Local Pension                   $ 2.63   $ -
Apprenticeship & Training       $ 0.05   $ -
International Union Pension     $ 0.25   $ -
Intl Masonry Institute          $ 0.26   $ -

**Employer Amount of Dues Payable**
Union Dues collected ————>     $ 8.45   $ -
Total Union Dues per Hour       $ 1.12   $ -
                                $ 9.57   dues ok

**Total Union Dues Payable**                       $0.00

Name: TED MIRASOU    Title: Asst. Mgr.    Signature: Ted Mirasou
Page 1 of 1

Mar 20 08 10:07a                                                    p.1
03/20/2008 10:19  7732                GREAT LAKES                 PAGE  02

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORMS

**Employer: Great Lakes Construction Company (773) 235-4040**

Address: 1769 W. Armitage Ave., Chicago, IL. 60622    Month/Year    Feb-2008

| Emp # | First Name / Last Name | SSAN | Week Ending Paid 2/3/2008 2/6/2008 Week 1 | 2/10/2008 2/13/2008 Week 2 | 2/17/2008 2/20/2008 Week 3 | 2/24/2008 2/27/2008 Week 4 | 3/2/2008 3/5/2008 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 003 | Anarbol Avalos | -3263 | | | | | | 0.00 |
| 004 | Albert Caron | -5731 | | | | | | 0.00 |
| 005 | Ryan Daniel Collins | -4295 | | | | | | 0.00 |
| 010 | Ivan Cartagena | -9178 | | | ZERO HOURS | | | 0.00 |
| 012 | Ismael Figueroa | -0167 | | | | | | 0.00 |
| 032 | Zenon Sokolowski | -2067 | | | | | | 0.00 |
| 076 | Sebastian Galaczynski | -3201 | | | | | | 0.00 |
| 078 | Patrick Tedeski | -0618 | | | | | | 0.00 |
| 079 | Robert Metzger | -8017 | | | | | | 0.00 |

**Total Hours Worked**   0.00   0.00   0.00   0.00   0.00   0.00

Union deduction per hour    $ 1.46   $ 1.46   $ 1.46   $ 1.46   $ 1.46
Union Dues Collected        $  -     $  -     $  -     $  -     $  -       $  -

*Indicates Bricklayers*

| | Feb-2008 | |
|---|---|---|
| Welfare Trust | $ 5.91 | $ - |
| Local Pension | $ 4.47 | $ - |
| International Union Pension | $ 0.50 | $ - |
| Annuity Trust | $ 3.38 | $ - |
| Apprenticeship & Training | $ 0.40 | $ - |
| Intl Masonry Institute | $ 0.47 | $ - |
| Construction Safety Council | $ 0.01 | $ - |
| Promotion Trust | $ 0.14 | $ - |
| **Employer Amount of Dues Payable** | $ 15.28 | $ - |
| Union Dues collected ———> | $ 1.46 | $ - |
| Total Union Dues per Hour | $ 16.74 | dues ok |

**Total Union Dues Payable**    $0.00

FAX MEMO
OFFCRS 2  DATE 3/20/0 FAX#
TO  Cecelia
FROM  Denest
CO  Local 52
P/C  312-887-1930  FAX#  1910

Just rec. OH/S
for Great Lakes
J. 4a REG
Month of Feb/08

Name: TED MIRABOL    Title: Acct'g Mgr.    Signature: Ted Mirabel

Page 1 of 1

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORM
## JOURNEYMAN ASSISTANT

(683)

**Employer: Great Lakes Construction Company  (773) 235-4040**
Address: 1769 W. Armitage Ave., Chicago, IL. 60622
Surety Bond:  The hanover insurance Co., Bond# 1768191

**Month/Year** | **Feb-2008**

| EMP # | First Name / Last Name | SSAN | Week Ending<br>Paid<br>Week 1<br>2/3/2008<br>2/6/2008 | Week 2<br>2/10/2008<br>2/13/2008 | Week 3<br>2/17/2008<br>2/20/2008 | Week 4<br>2/24/2008<br>2/27/2008 | Week 5<br>3/2/2008<br>3/5/2008 | Total |
|---|---|---|---|---|---|---|---|---|
| 011 | Jose R. Avalos | -1843 | | | | | | 0.00 |
| 051 | Jorge Medina | -1856 | | | ZERO HOURS | | | 0.00 |
| 074 | Donald Wanderski | -6072 | | | | | | 0.00 |
| 062 | Joel F. Garcia | -0690 | | | | | | 0.00 |
| 067 | Derek Dodd | -8032 | | | | | | 0.00 |
| 084 | Darius Taylor | -4934 | | | | | | 0.00 |
| **Total Hours Worked** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Union deduction per hour | | | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | |
| Union Dues Collected | | | $ - | $ - | $ - | $ - | $ - | $ - |

Feb-2008
Health / Welfare Trust                $  5.26   $   -
Local Pension                         $  2.63   $   -
Apprenticeship & Training             $  0.05   $   -
International Union Pension           $  0.25   $   -
Intl Masonry Institute                $  0.26   $   -

**Employer Amount of Dues Payable**       $  8.45   $   -
**Union Dues collected** ———>             $  1.12   $   -
**Total Union Dues per Hour**             $  9.57   dues ok

**Total Union Dues Payable**                         $0.00

COPY

Name: _TED MIRASOL_   Title: _Actg Mgr._   Signature: _Ted Mirasol_

Page 1 of 1

(473)

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORMS

**Employer: Great Lakes Construction Company  (773) 235-4040**
Address: 1769 W. Armitage Ave., Chicago, IL . 60622

Month/Year: **Mar-2008**

| Emp # | First Name / Last Name | SSAN | Week Ending 3/2/2008 Paid 3/5/2008 Week 1 | 3/9/2008 3/12/2008 Week 2 | 3/16/2008 3/19/2008 Week 3 | 3/23/2008 3/26/2008 Week 4 | 3/30/2008 4/2/2008 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|
| 003 | Anarbol Avalos | -3263 | | | | | | 0.00 |
| 004 | Albert Caron | -5731 | | | | | | 0.00 |
| 005 | Ryan Daniel Collins | -4295 | | | | | | 0.00 |
| 010 | Ivan Cartagena | -9178 | | | ZERO HOURS | | | 0.00 |
| 012 | Ismael Figueroa | -0167 | | | | | | 0.00 |
| 032 | Zenon Sokolowski | -2067 | | | | | | 0.00 |
| 076 | Sebastian Galaczynski | -3201 | | | | | | 0.00 |
| 078 | Patrick Tedeski | -0518 | | | | | | 0.00 |
| 079 | Robert Metzger | -8017 | | | | | | 0.00 |
| | **Total Hours Worked** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | |
|---|---|---|---|---|---|---|
| Union deduction per hour | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | $ 1.46 | |
| Union Dues Collected | $ - | $ - | $ - | $ - | $ - | $ - |

|  | Mar-2008 |  |
|---|---|---|
| Welfare Trust | $ 5.91 | $ - |
| Local Pension | $ 4.47 | $ - |
| International Union Pension | $ 0.50 | $ - |
| Annuity Trust | $ 3.38 | $ - |
| Apprenticeship & Training | $ 0.40 | $ - |
| Intl Masonry Institute | $ 0.47 | $ - |
| Construction Safety Council | $ 0.01 | $ - |
| Promotion Trust | $ 0.14 | $ - |
| **Employer Amount of Dues Payable** | $ 15.28 | $ - |
| Union Dues collected ------> | $ 1.46 | $ - |
| Total Union Dues per Hour | $ 16.74 | dues ok |

\* Indicates Bricklayers

**Total Union Dues Payable**  $0.00

FAX MEMO
PAGES 2  DATE 7/1/08  FAX #
TO Cecilia
FROM Denise
CO. Local 52
PH# 312-887-1930  FAX# 1910

Name: TED MIRASOL    Title: Acctg. Mgr.    Signature: Ted Mirasol

Page 1 of 1

# POINTERS, CLEANERS CAULKERS, LOCAL 52, REPORTING FORM
## JOURNEYMAN ASSISTANT

(83)

**Employer:** Great Lakes Construction Company (773) 235-4040
**Address:** 1769 W. Armitage Ave., Chicago, IL. 60622
**Surety Bond:** The hanover insurance Co., Bond# 1768191

**Month/Year:** Mar-2008

| EMP # | First Name / Last Name | SSAN | Week Ending Paid | 3/2/2008 3/5/2008 Week 1 | 3/9/2008 3/12/2008 Week 2 | 3/16/2008 3/19/2008 Week 3 | 3/23/2008 3/26/2008 Week 4 | 3/30/2008 4/2/2008 Week 5 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 011 | Jose R. Avalos | -1843 | | | | | | | 0.00 |
| 051 | Jorge Medina | -1856 | | | | | | | 0.00 |
| 074 | Donald Wanderski | -6072 | | | ZERO HOURS | | | | 0.00 |
| 062 | Joel F. Garcia | -0690 | | | | | | | 0.00 |
| 067 | Derek Dodd | -8032 | | | | | | | 0.00 |
| 084 | Darius Taylor | -4934 | | | | | | | 0.00 |
| | **Total Hours Worked** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 |
|---|---|---|---|---|---|
| Union deduction per hour | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 | $ 1.12 |
| Union Dues Collected | $ - | $ - | $ - | $ - | $ - |

**Mar-2008**

| | | |
|---|---|---|
| Health / Welfare Trust | $ 5.26 | $ - |
| Local Pension | $ 2.63 | $ - |
| Apprenticeship & Training | $ 0.05 | $ - |
| International Union Pension | $ 0.25 | $ - |
| Intl Masonry Institute | $ 0.26 | $ - |
| **Employer Amount of Dues Payable** | $ 8.45 | $ - |
| Union Dues collected ------> | $ 1.12 | $ - |
| Total Union Dues per Hour | $ 9.57 | dues ok |

**Total Union Dues Payable** $0.00

Name: TED MIRASOL   Title: Actg. Mgr.   Signature: Ted Mirasol

Page 1 of 1