IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, et al, | ) ) ) ) | Case No. 08 C 1527 |
| Plaintiffs, | ) ) | Judge Norgle, Room 2341 |
| v. | ) ) ) | Magistrate Judge Denlow |
| GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO VACATE DEFAULT
## AND FOR LEAVE TO FILE ANSWER *INSTANTER*

Defendant Great Lakes Construction Co., by its attorneys and pursuant to Rule 55 of the Federal Rules of Civil Procedure, now moves this Honorable Court to vacate the default entered in this case and for an order granting leave to file defendant's answer instanter, stating further:

1. The complaint was served on April 2, 2008.

2. Defendant retained Anderson Law Offices as counsel on May 20, 2008. Promptly thereafter defendant's counsel contacted plaintiff's counsel to further advise of this retainer and advised that defendant was working at ways and means of fulfilling its obligations to pay contributions under the collective bargaining agreement between the Funds' union and defendant.

3. Plaintiffs' motion for a default was returnable on May 23, 2008. This Court *sua sponte* granted the motion on May 22, 2008.

4. This motion is not brought to delay these proceedings, and plaintiffs will suffer no prejudice if it is granted.

**WHEREFORE**, defendant Great Lakes Construction Company prays for an order vacating the default entered on May 22, 2008, and further granting defendant leave to file its answer to the complaint *instanter*.

GREAT LAKES CONSTRUCTION CO.

*[signature]*

One of its Attorneys

OF COUNSEL:
Burr E. Anderson
Anderson Law Offices
407 S Dearborn  #1085
Chicago, Illinois  60605
(312) 957-1100
burranderson@employmentlawillinois.com
Atty# 3121649