IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, et al., ) ) ) ) | Case No. 08 C 1527 |
| Plaintiffs, ) | Judge Norgle, Room 2341 |
| v. ) | Magistrate Judge Denlow |
| GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To: Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

**PLEASE TAKE NOTICE** that on the 6th day of June 2008, at 9:30 a.m. Great Lakes Construction Company shall appear before the Honorable Judge Norgle, Room 2341, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and present the attached motion. A copy of this motion accompanies this notice and is hereby served upon you.

GREAT LAKES CONSTRUCTION CO.

By: _____
One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty#31216149

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Motion to Vacate Default and for Leave to File Answer *Instanter* to be served on the below-named attorney, by first class mail, on this 22nd day of May 2008.

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

Burr E. Anderson