

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1527 | **DATE** | 5/23/2008 |
| **CASE TITLE** | CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING, AND CAULKING INDUSTRY, LOCAL 52, vs. GREAT LAKES CONSTRUCTION COMPANY | | |

**DOCKET ENTRY TEXT**

*Enter Judgment Order.*

Docketing to mail notices.

■ [ *For further detail see separate order(s).* ]