# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1527 | **DATE** | 6/6/2008 |
| **CASE TITLE** | Local 52 vs. Great Lakes Construction | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to Vacate Default and for Leave to File Answer *Instanter* [14] is granted. Status hearing is set for 8/19/2008 at 10:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | EF |
|---|---|---|