**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, et al, | ) ) ) ) | |
| | ) | Case No. 08 C 1527 |
| Plaintiffs, | ) ) | Judge Norgle, Room 2341 |
| v. | ) ) | Magistrate Judge Denlow |
| GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING**

To:    Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

**PLEASE TAKE NOTICE** that defendant, by its attorney, is filing its Answer to Complaint with the United States District Court, Dirksen Building, 219 S Dearborn, Chicago, IL 60604, on this 6th day of June 2008. A copy of this Answer is attached hereto and is hereby served upon you.

GREAT LAKES CONSTRUCTION CO.

By: _____
One of its attorneys

**OF COUNSEL:**
Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL   60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

## **CERTIFICATE OF SERVICE**

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Answer to be served on the below-named attorney by first class mail, on this 6th day of June 2008.

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

Burr E. Anderson