IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, et al, )<br><br>Plaintiffs, )<br><br>v. )<br><br>GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, )<br><br>Defendant. ) | Case No. 08 C 1527<br><br>Judge Norgle, Room 2341<br><br>Magistrate Judge Denlow |

**NOTICE OF CHANGE OF ADDRESS**

To:   United States District Court           Cecilia M. Scanlon
      Dirksen Building                       Baum Sigman Auerbach & Neuman, Ltd.
      219 S Dearborn                         200 West Adams Street, Suite 2200
      Chicago, IL 60604                      Chicago, IL 60606-5231

**PLEASE TAKE NOTICE** effective August 1, 2008 the address of counsel for GREAT LAKES CONSTRUCTION COMPANY, changes as follows:

   Anderson Law Offices
   223 W. Jackson Blvd.
   Suite 1100
   Chicago, IL 60606

There is no change in telephone or fax number.

                                          GREAT LAKES CONSTRUCTION CO.

                                          By: _____
                                              One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL  60605
(312) 957-1100

## CERTIFICATE OF SERVICE

    I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice to be served on the United States District Court by personal delivery and on the below-named attorney, by first class mail, on this 28th day of July 2008.

| | |
|---|---|
| United States District Court | Cecilia M. Scanlon |
| Dirksen Building | Baum Sigman Auerbach & Neuman, Ltd. |
| 219 S Dearborn | 200 West Adams Street, Suite 2200 |
| Chicago, IL 60604 | Chicago, IL 60606-5231 |

                                                                                                       Burr E. Anderson