**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Chicago Area Joint Welfare Committee for the
Pointing, Cleaning and Caulking Industry, Local 52,
et al.

                        Plaintiff,

v.                                      Case No.:
                                        1:08−cv−01527

                                        Honorable Charles R.
                                        Norgle Sr.

Great Lakes Construction Company

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 8/19/2008. Status hearing set for 10/8/2008 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.